# DAVID W. CRAFT, P.A.
Attorney at Law
3418 Poinsettia Avenue
West Palm Beach, Florida 33407
Phone (561) 844-3131
Fax (561) 844-6267
E-Mail office@davidcraftlaw.com

Attorney:
David W. Craft

Paralegal:
Leslie P. Ginocchio

March 12, 2021

Mr. Jason Cisco
8196 Quail Meadow Way
West Palm Beach, FL  33412

via Email: jasonacisco@gmail.com /
Service of Process / U.S. Mail

Re:  Quail Meadow at Ibis HOA, Inc. - 8196 Sparrow Hawk Drive, WPB, FL
     Past Due Maintenance Assessments

Dear Mr. Cisco:

This letter is to notify you that pursuant to section 720.3085(8), Florida Statutes, Effec. 07/01/18, you as the tenant of real property located at 8196 Quail Meadow Way, West Palm Beach, FL, must pay all future rents under your lease with the property owner directly to the homeowners' association and continue doing so until the association notifies you otherwise.

Payment due the homeowners' association may be in the same form as you paid your landlord and must be sent by United States mail or by hand delivery to: Sunrise Property & Estate Management, Inc., 19940 Mona Road, Ste. 5, Tequesta, FL  33469 payable to Quail Meadow at Ibis HOA, Inc. The Association shall, upon request, provide you with written receipts for payments made.

Your obligation to pay your rent to the Association begins immediately, unless you have already paid rent to your landlord for the current period before receiving this notice. In that case, you must provide the association written proof of your payment within 14 days after receiving this notice and your obligation to pay rent to the association would then begin with the next rental period. Accordingly, please forward your rent payment due for April 1, 2021 with a copy of your lease with the property owner(s) by 03/31/21 to avoid further legal action.

Pursuant to Fla. Stat. 720.3085(8), your payment of rent to the association gives you complete immunity from any claim for the rent by your landlord. In addition, the Association may issue notice under 83.56 and sue for eviction under ss. 83.59 – 83.625 as if the Association were a landlord under part II of chapter 83 if you fail to pay a required payment to the Association by 03/31/121.

Thank you for your cooperation and please contact me if you have any questions.

Sincerely,

David W. Craft

DWC:cac

cc:    Thomas & Margaret Reisinger, 8751 Jaffa Court E; Dr. #34, Indianapolis, IN  46260
       Quail Meadow at Ibis HOA, Inc.

QUAIL MEADOW=Demand.ltr-Tenant Cisco 2021

EXHIBIT F