THREE (3) DAY NOTICE TO PAY RENT OR
DELIVER POSSESSION PER FLA. STAT. 83.56 (3)

To: _____Jason Crisco_____

Property Address: _8196 Quail Meadow Way, West Palm Beach, FL 33412_____

Date: ___April 23, 2021_____

You are hereby notified that you are indebted to **Quail Meadow at Ibis Homeowners Association, Inc.** in the sum of your monthly rent from 04/01/21 to date, up to $__2,100.00___ plus interest, late charges, administrative fees, costs of collection including attorney's fees, and future assessments as they accrue, for the rent and use of the premises at _8196 Quail Meadow Way, West Palm Beach, Florida_, now occupied by you and the Association demands payment of the rent or possession of the premises within 3 days (excluding Saturday, Sunday, and legal holidays) from the date of delivery of this notice, to wit: on or before the ___28th___ day of ____April____, 2021.

*NOT A CERTIFIED COPY*

Quail Meadow at Ibis HOA, Inc.

By: _/s/ David W. Craft_____
David W. Craft, Esq., Agent

QUAIL MEADOW=3 Day Notice-8196

EXHIBIT B