## THREE (3) DAY NOTICE TO PAY RENT OR DELIVER POSSESSION PER FLA. STAT. 83.56 (3)

Date Sent: June 22, 2021                    County: Palm Beach

To: Jason Crisco

8196 Quail Meadow Way

West Palm Beach, FL  33412

You are hereby notified that you are indebted to **Quail Meadow at Ibis Homeowners Association, Inc.** ("Association") in the sum of $ 1,000.00 for the June 1, 2021 rent and use of the premises at 8196 Quail Meadow Way, West Palm Beach, Florida 33412, now occupied by you and that the Association demands payment of the rent or possession of the premises within 3 days (excluding Saturday, Sunday, and legal holidays) from the date of delivery of this notice, to wit: on or before the 28th day of June, 2021.

NOT A CERTIFIED COPY

**Quail Meadow at Ibis HOA, Inc.**

By: *[signature]*
David W. Craft, Esq., Agent
Florida Bar No. 210331
David W. Craft, P.A.
3418 Poinsettia Avenue
West Palm Beach, FL  33407
Phone No.: (561) 844-3131
Fax No.:   (561) 844-6267
Email: office@davidcraftlaw.com

See attached 06/21/21 email regarding the Court Hearing and this matter.

QUAIL MEADOW=3 Day Notice 8196 June 2021

EXHIBIT H